THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EZELL SAWYER, Defendant-Appellant.

(No. 54537;

First District—October 4, 1971.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Gerald W. Getty, Public Defender, of Chicago, (Lee T. Hettinger, James N. Gramenos, and James J. Doherty, of Defender Project, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and James Sternik, Assistant State's Attorneys, of counsel,) for the People.